NOVEMBER 10, 1980

No. 80–318. EXXON CORP. ET AL. v. CITY OF MENTOR, OHIO. Appeal from Ct. App. Ohio, Lake County, dismissed for want of substantial federal question.

No. 80–401. RUBIN ET UX. v. GLASER, DIRECTOR, DIVISION OF TAXATION, DEPARTMENT OF THE TREASURY OF NEW JERSEY, ET AL. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 80–5427. ROBERTS v. McCOY ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–5528. CONRAD v. RODINO, MEMBER OF CONGRESS, ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 80–5529. CONRAD v. CARTER, PRESIDENT OF THE UNITED STATES, ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 80–365. WASHINGTON v. FITZSIMMONS. Sup. Ct. Wash. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the Supreme Court of Washington to consider whether its judgment is based upon federal or state constitutional grounds, or both. See *California* v. *Krivda,* 409 U. S. 33 (1972). JUSTICE BRENNAN, JUSTICE STEWART, JUSTICE MARSHALL, and JUSTICE STEVENS dissent.